# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2726
L.T. Case No. 2022-CF-000542

_____

WILLIAM SANDERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

William Sanders, Trenton, pro se.

James Uthmeier, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.

October 7, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, C.J., and WALLIS and HARRIS JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____